ORIGINAL

FILED

03/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0054

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0054

FILED

MAR 2 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

K.G-G.,

A Youth in Need of Care.

O R D E R

The State of Montana has filed a motion to dismiss this appeal. The motion is opposed.

The State explains that this is the second appeal, filed by the parents of K.G-G., and that the underlying youth-in-need-of care case, which originated in the Eleventh Judicial District Court, Flathead County, has been dismissed. *See In the Matter of K.G.-G.*, No. DA 20-0525, Order dismissing appeal without prejudice (Mont. Nov. 23, 2020). The State recites the procedural history and background. The State points out that the parents are the prevailing party because the District Court ordered that the Youth, K.G.-G., be returned to the Mother on December 18, 2020. The State further explains that dismissal is appropriate here because on December 23, 2020, the District Court dismissed the underlying action after the Department of Health and Human Services moved unopposed for such relief. The State concludes that there is no apparent justiciable controversy nor may relief be provided in this appeal. *In re J.A.S.*, 2008 MT 269, ¶¶ 17, 30, 345 Mont. 189, 190 P.3d 299.

Upon review, we agree with the State that dismissal of this appeal is warranted. Therefore,

IT IS ORDERED that the State's Opposed Motion to Dismiss Appeal is GRANTED and that this appeal is DISMISSED with prejudice.

The Clerk of the Supreme Court is directed to close this case as of this Order's date.

The Clerk is also directed to provide a copy of this Order to counsel of record; to Tom Sapp, Court Reporter, Flathead County; and to K.G. and to T.G. personally.

DATED this 23rd day of March, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices